Name: GUY M DOMAI
Address: 14 W INGLENOOK DR #201
MIDVALE UT 84047
Telephone: 801-255-8777

FILED
U.S. DISTRICT COURT

2009 MAR -5 P 4: 39

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - _Central_ DIVISION

Guy Domai

    Plaintiff,

v.

USANA HEALTH SCIENCES
3838 W PARKWAY BLVD
SALT LAKE CITY UT 84120

    Defendant(s).

COMPLAINT

Case: 2:09cv00204
Assigned To : Alba, Samuel
Assign. Date : 3/5/2009
Description: Domai v. Usana Health
Sciences

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. § 627(C) (d) and appropriate relief is also sought.

## B. PARTIES

1.     Name of plaintiff:   GUY M. DOMAI
    Present mailing address:  14 W INGLENOOK DR # 201

6

MIDVALE UT 84047

2. Name of first defendant: USANA HEALTH SCIENCES.
Present mailing address or
business location: 3838 W PARKWAY BLVD.
SALT LAKE CITY UT 84120

3. Name of second defendant:
Present mailing address or
business location:

4. Name of third defendant:
Present mailing address or
business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:
USANA HEALTH SCIENCES
3838 W PARKWAY BLVD
SALK LAKE CITY UT 84120

2. The discriminatory acts occurred on or about: JANUARY 3rd 2008
(Month, Day, Year)

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

(Month, Day, Year)

7

4.  I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

    _JULY 2008_
    (Month, Day, Year)

5.  The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

    _DEC 08/2008_
    (Month, Day, Year)

    (Please attach the "Notice of Right to Sue" to this complaint.)

6.  The discriminatory acts which are the basis of this suit are:

    a. _____  Failure to employ me
    b. __X__   Termination of my employment
    c. _____  Failure to promote me
    d. _____  Other acts (Be specific: attach an additional sheet if necessary)

    _____
    _____
    _____
    _____

7.  Defendant's conduct is discriminatory with respect to:

    a. __X__   my race         d. _____  my religion
    b. _____  my color        e. _____  my national origin
    c. _____  my sex          f. _____  my age

8.  I believe that the defendant is still committing these acts against me.
    _____ yes     _____ no

### D. CAUSE OF ACTION

1.  I allege that the defendant has discriminated against me and that the following facts for the basis for my allegations:

    a.  (1)  Count I: _RACE DISCRIMINATION_

8

    (2)  Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

_Usana Health claims that I was withholding these account receivables to gain personal incentives. Not only were allegations were untrue but there were other employees doing the same thing and they were not discharged. Those employees were white._

b.  (1)  Count II: _RETALIATION_

    (2)  Supporting Facts:
_In the month of November, 2007, I complained to my supervisor boss regarding my supervisor's discriminatory behavior. About 5 weeks later I was discharged without ever getting any warnings or going through a disciplinary process with the company like it should be._

## E. INJURY

1. How have you been injured by the actions of the defendant(s)?

   _Emotional distress._

## F. REQUEST FOR RELIEF

2. I believe I am entitled to the following relief:

   _→ $300.000_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action,

9

that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621

Executed at ___Salt Lake City___ on ___March 5th___, 2009.
          (Location)

___Guy M. Domai Mallett___
Signature

EEOC Form 161 (2/08)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Guy M. Domai<br>14 W Inglenook Drive #201<br>Midvale, UT 84047 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 35C-2008-00480 | Berta E. Echeveste,<br>Supervisory Investigator | (602) 640-5034 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Chester V. Bailey_   DEC 0 8 2008

Enclosures(s)   Chester V. Bailey,   *(Date Mailed)*
District Director

cc:   **USANA HEALTH SCIENCES INC – Michael King**